[No. 8499–0–III.  Division Three.  June 21, 1988.]

GEORGE FARNHAM, ET AL, *Appellants*, v. THE CITY OF
SPOKANE, ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Spokane County, No. 85–2–03379–0, William G. Luscher, J., entered March 10, 1987. *Affirmed* by unpublished opinion per McInturff, C.J., concurred in by Green and Munson, JJ.

[No. 8280–6–III.  Division Three.  June 21, 1988.]

*In the Matter of the Marriage of* MAUREEN E. EVERETT,
*Appellant, and* MICHAEL L. EVERETT,
*Respondent.*

Appeal from a judgment of the Superior Court for Yakima County, No. 86–3–00801–5, Ted Kolbaba, J., entered November 18, 1986. *Affirmed* by unpublished opinion per Thompson, A.C.J., concurred in by Green and Munson, JJ.

[No. 7361–1–III.  Division Three.  June 21, 1988.]

THE STATE OF WASHINGTON, *Appellant,* v. VICTOR TYRONE
SIMS, *Respondent.*

Appeal from a judgment of the Superior Court for Franklin County, No. 85–1–50067–8, Albert J. Yencopal, J., entered September 17, 1985. *Affirmed* by unpublished opinion per Green, J., concurred in by Thompson, A.C.J., and Munson, J.